# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

LINDA TAYLOR,

       Plaintiff,

v.                                                            Case No.  4:15cv397-MW/CAS

TALLAHASSEE POLICE
DEPARTMENT,

       Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.  Upon consideration, no objection or motion for reconsideration having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of this Court to prosecute the case."  The Clerk shall close the file.

**SO ORDERED on November 18, 2015.**

                             **s/Mark E. Walker**
                             **United States District Judge**